UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

November 3, 2011

Office of the Clerk - U.S. District Court
304 United States Courthouse
255 West Main Street
Charlotteville, VA 22902

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
NOV 07 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Case Name: **US-v-John Stuart Dowell**
Case Number: **5-11-71210-HRL  (Your Case# 11MJ00132 )**
Charges: **18:2251(a)& (e)**

5:11-mj-00132

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Cita Escolano
Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

By _____
**Deputy Clerk**

AO 94 (Rev. 01/09) Commitment to Another District

## UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
NOV - 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  11mj71210HRL |
| John Stuart Dowell | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Western  District of  Virginia  .

The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.  [handwritten: temporary] [handwritten: Def. entitled to detention hearing in Charging district (W.D.VA)]

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  11/2/11

_____
*Judge's signature*

Howard R. Lloyd, Magistrate Judge
*Printed name and title*

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Date:   *Deputy Clerk*

1  Melinda Haag
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**FILED**

OCT 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7                    SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,       )   CRIMINAL NO. 5:11mj 71210 HRL
9         Plaintiff,                )
10                                  )   NOTICE OF PROCEEDINGS ON
    v.                              )   OUT-OF-DISTRICT CRIMINAL
11                                  )   CHARGES PURSUANT TO RULES
   John Stuart Dowell               )   5(c)(2) AND (3) OF THE FEDERAL RULES
12                                  )   OF CRIMINAL PROCEDURE
          Defendant.                )
13                                  )
                                    )
14 _____

15    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

   Procedure that on __10/26/11__, the above-named defendant was arrested based upon an
16
   arrest warrant (copy attached) issued upon an
17
       ☐ Indictment   ☐ Information   ☒ Criminal Complaint   ☐ Other_____
18
   pending in the __Western__ District of __Virginia__, Case Number __5:11mj 00132__
19
       In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code,
20
   Section(s) __2251(a) + 2251(e)__
21
   Description of Charges: __Sexual exploitation of a child.__
22

23
                                        Respectfully Submitted.
24                                      Melinda Haag
                                        UNITED STATES ATTORNEY
25 Date: __10/26/11__
                                        _____
26                                      Assistant U.S. Attorney

27

28

                                      1

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOHN STUART DOWELL<br>d.o.b. 4/28/66<br><br>*Defendant* | ) ) ) ) ) )  Case No. 5:11 MJ 00132 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOHN STUART DOWELL, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violation of 18 U.S.C. §§ 2251(a) and 2251(e), sexual exploitation of a child

Date: 10/24/2011

*Issuing officer's signature*

City and state: Charlottesville, Virginia    Hon. B. Waugh Crigler, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

**COPY DO NOT EXECUTE**

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 08/09) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 24 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOHN STUART DOWELL<br>d.o.b. 4/28/66<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) Case No. 5:11MJ00132 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __between Nov. 2010 and Oct. 2011__ in the county of __Frederick__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2251(e) | employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such depiction would be transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce; which visual depiction was produced or transmitted using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means; or which visual depiction was actually transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce. |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Harvey E. Barlow, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __10/24/2011__

_____
_Judge's signature_

City and state: __Charlottesville, Virginia__

Hon. B. Waugh Crigler, U.S. Magistrate Judge
_Printed name and title_

5:11mj00132

Rec'd w/ Cam Compl.
10-24-11

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA )
)
V. ) Case No. 5:11mj00132
)
JOHN STUART DOWELL )

## AFFIDAVIT

1. I, Harvey E. Barlow, being duly sworn, submit this affidavit in search of an arrest warrant for JAMES STUART DOWELL charging him with Production of Child Pornography in violation of Title 18, United States Code, Sections 2251(a) and 2251(e). DOWELL is a white male, who is believed to have a date of birth of April 28, 1966, Social Security Account Number xxx-xx-8035 (the full SSN is known to your affiant), and his last known address was 151 Bohnen Road, Santa Cruz, California. DOWELL is further described as 5' 11", approximately 140 pounds, with blue eyes with short, brown to greying hair.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since September 18, 1983. I am currently assigned to the FBI's Richmond Field Office's Winchester, Virginia Resident Agency and have so been assigned since August of 2005. The information in this affidavit is derived from my own investigation and discussions with other sworn law enforcement officers concerning their investigation of child pornography and DOWELL.

3. On Wednesday, October 19, 2011, I was advised by the FBI's Jacksonville, Florida Field Office of it's recent receipt of a video containing child pornography from a

complainant who alleged the subject in the video was her brother, the victim child was her grand-niece (with a 2007 date of birth) and the scene where the video was produced was a location in Frederick County, Virginia known to the complainant.

4. On Thursday, October 20, 2011 two members of the Northern Virginia-District of Columbia Internet Crimes Against Children Task Force (NOVA-DC ICAC) and I participated in a conference call with agents from the Jacksonville FBI in order to obtain details of the FBI's interview of the complainant. During the conference call, still screen shoots of the subject and victim, non-pornographic, taken from the video were e-mailed from FBI-Jacksonville to us for later purposes of identification.

5. On Friday, the NOVA-DC ICAC agents and I received and viewed the video which the complainant had originally provided FBI Jacksonville. The video depicted the individuals the complainant identified as her brother, JOHN STUART DOWELL, and her three year old great niece (NC). We observed on the video the following:

- The video begins with a blue screen with white lettering reading:
New Stuff 2011
Videos 001-007 Merged
(004 Missing)
This is the only stuff of this
Girl to be made

- The video appeared to be a series of different scenarios or videos, each scenario noted by a "sessions" or "video" number which appeared on the video. NC wore different clothing during some of the different scenarios and the male shown during each scenario was DOWELL. During some of the scenarios, DOWELL adjusted the recording device apparently for purposes of recording from different angles including recording straight up from between a naked NC's legs and recording her genitalia.

- The video depicted DOWELL, in several instances, licking NC's anal and vaginal areas and kissing her buttocks and vagina. DOWELL is also shown rubbing NC's vagina with his finger(s) as well as kissing her stomach and chest. DOWELL is also observed sitting with his penis exposed and is heard asking NC to touch it and kiss it.

6. On Friday, October 21, 2011, I spoke with Matt Dunn, a supervisor with Department of Homeland Security's Homeland Security Investigation's (HSI) Cyber Crime Center. Dunn advised me his office was investigating a child pornography video which had been downloaded in August, 2011 in Denmark of "John Doe" committing child pornography. As we spoke his office had been preparing a nation-wide search for a "John Doe" subject for whom Dunn's office had obtained a "John Doe" Federal arrest warrant the prior day for a charge related to transportation of child pornography in foreign commerce. An agent with the NOVA-DC ICAC who had participated in my Thursday conference call with the FBI-Jacksonville and had seen the screen shots of DOWELL, and identified DOWELL as Dunn's John Doe, prompted Dunn's call to me. Dunn described the video downloaded in Denmark, which he also stated was recently publicly available on Internet sites. Dunn described the Denmark video to me and it sounded similar to the Jacksonville video we had viewed.

7. Following the call with Dunn, NOVA-DC ICAC agents and I went to a Frederick County, Virginia, residence where we met with family members who, after being shown non-pornographic screen images from the video, identified DOWELL and NC as the individuals depicted in the video. These witnesses also identified the rooms depicted in the video as being rooms in that residence. Witnesses took agents to the depicted rooms and also provided articles of clothing which NC had been shown wearing in the video. The undersigned learned that DOWELL had stayed at this residence between in or about November and December 2010 and

also in or about January 2011 and in or about July 2011. NC was also present in this residence during those time periods.

8. Upon returning from the Frederick County residence, the NOVA-DC ICAC agents and I viewed the video which had been delivered by HSI to NOVA-DC ICAC. I observed the video to depict DOWELL and NC in some of the same scenarios I had previously viewed on the video provided by the complainant to the FBI in Jacksonville. The other scenarios which I had not previously viewed on the original complainant's video depicted additional instances of DOWELL performing similar physical acts on NC as depicted in the video received from FBI Jacksonville.

9. Your affiant has compared the photograph on file for DOWELL's California Driver's License (D1993043) with the video and with the screen shots shown to the witnesses which they had identified as their relative, JOHN STUART DOWELL, and they appear to be the same individual.

10. Your affiant believes that the aforementioned information constitutes probable cause to believe that JOHN STUART DOWELL produced, sometime in or between November, 2010 and October, 2011, in Frederick County, Virginia, a visual depiction of a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256 which was available on the world-wide web and had traveled in interstate and/or foreign commerce, in violation of Title 18, United

States Code, Sections 2251(a) and 2251(e). It is therefore hereby requested that this Court issue an arrest warrant for JOHN STUART DOWELL.

_____
Harvey E. Barlow
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this __24th__ day of October, 2011.

_____
Honorable B. Waugh Crigler
United States Magistrate Judge

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

__John Stuart Dowell__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __11-71240q HRL__

CHARGING DISTRICTS
CASE NUMBER: __11-00132 BWC__

I understand that charges are pending in the __Western__ District of __Virginia__ alleging violation of __18 USC 2251(a) + (e)__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

_____
Defense Counsel

11/2/11
Date

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 3 | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>P. Cromwell | | | REPORTER/FTR<br>FTR | |
| MAGISTRATE JUDGE<br>Howard R. Lloyd | | DATE<br>November 2, 2011 | | NEW CASE<br>☐ | CASE NUMBER<br>11mj71210HRL | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>John Stuart Dowell | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Cynthia Lie | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Matt Lamberti | | INTERPRETER | | ☒ FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>J. Carranza | | | DEF ELIGIBLE FOR ☒<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | |
|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF   Western Virginia

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS<br>☐ TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

DOCUMENT NUMBER:

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 7 | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK P. Cromwell | | REPORTER/FTR FTR | |
| MAGISTRATE JUDGE Howard R. Lloyd | | DATE October 26, 2011 | | NEW CASE ☐ | CASE NUMBER 11mj71210HRL |

| | | | APPEARANCES | | | |
|---|---|---|---|---|---|---|
| DEFENDANT John Stuart Dowell | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Cynthia Lie, provisionally appt | PD. ☐ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Matt Lamberti | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER A. Granados | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐ OF CJA FEES |

| | PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| | INITIAL APPEARANCE | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| | ARRAIGNMENT | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| | | RELEASE | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| | PLEA | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| | CONTINUANCE | | | |
|---|---|---|---|---|
| TO: November 2, 2011 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
| AT: 1:30 p.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Howard R. Lloyd | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

DOCUMENT NUMBER: 

CLOSED, E-Filing, REMOVE

# U.S. District Court
# California Northern District (San Jose)
# CRIMINAL DOCKET FOR CASE #: 5:11-mj-71210-HRL All Defendants
# Internal Use Only

Case title: USA v. Dowell  
Other court case number: 5:11MJ00132 WDVA, Charlottesville

Date Filed: 10/26/2011  
Date Terminated: 11/02/2011

Assigned to: Magistrate Judge Howard R. Lloyd

### Defendant (1)

**John Stuart Dowell**  
*TERMINATED: 11/02/2011*

represented by **Cynthia Chin Young Lie**  
Federal Public Defender  
Suite 575  
160 W. Santa Clara St.  
San Jose, CA 95113  
408-291-7753  
Fax: 408-291-7399  
Email: cynthia_lie@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Disposition**

**Disposition**



| **Complaints** | **Disposition** |
|---|---|
| 18:2251(a) and 2251(e) - Sexual Exploitation of a Child | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Matthew A. Lamberti**<br>U.S. Attorney's Office<br>NDCA, San Jose Branch<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>408-535-5061<br>Email: Matt.Lamberti@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2011 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to John Stuart Dowell (1). (cfe, COURT STAFF) (Filed on 10/26/2011) (Entered: 10/27/2011) |
| 10/26/2011 | | CASE DESIGNATED for Electronic Filing. (cfe, COURT STAFF) (Filed on 10/26/2011) (Entered: 10/27/2011) |
| 10/26/2011 | 2 | Minute Entry for proceedings held before Magistrate Judge Howard R. Lloyd:Initial Appearance; Attorney Cynthia Chin Young Lie present (provisionally appt) as to John Stuart Dowell held on 10/26/2011. Detention Hearing set for 11/2/2011 01:30 PM in Courtroom 2, 5th Floor, San Jose before Magistrate Judge Howard R. Lloyd. (Court Reporter FTR.) (cfe, COURT STAFF) (Filed on 10/26/2011) (Entered: 10/27/2011) |
| 11/02/2011 | 3 | Minute Entry for proceedings held before Magistrate Judge Howard R. Lloyd:Detention Hearing as to John Stuart Dowell held on 11/2/2011. Ordered REMOVED to WDVA. (Court Reporter FTR.) (cfeS, COURT STAFF) (Filed on 11/2/2011) (Entered: 11/02/2011) |
| 11/02/2011 | 4 | ***E-FILED IN ERROR***SEE DOCKET#*** 5 ***WAIVER of Rule 5 & 5.1 Hearings by John Stuart Dowell (cfeS, COURT STAFF) (Filed on 11/2/2011) Modified on 11/3/2011 (cfe, COURT STAFF). (Entered: 11/02/2011) |
| 11/02/2011 | 5 | WAIVER of Rule 5 & 5.1 Hearings by John Stuart Dowell (cfe, COURT STAFF) (Filed on 11/2/2011) (Entered: 11/03/2011) |
| 11/02/2011 | 6 | COMMITMENT TO ANOTHER DISTRICT as to John Stuart Dowell. Defendant committed to District of WDVA, Charlottesville. Signed by Judge |

|  |  |  | Magistrate Judge Howard R. Lloyd on 11/2/2011. (cfe, COURT STAFF) (Filed on 11/2/2011) (Entered: 11/03/2011) |
|---|---|---|---|
| 11/02/2011 |  |  | (Court only) ***Case Terminated as to John Stuart Dowell (cfe, COURT STAFF) (Filed on 11/2/2011) (Entered: 11/03/2011) |
| 11/03/2011 |  | 7 | Mailed Rule 5 documents to WDVA, Charlottesville as to John Stuart Dowell: (cfe, COURT STAFF) (Filed on 11/3/2011) (Entered: 11/03/2011) |