United States District Court for the  Western

District of  Virginia

File Number  5:11-CR-45

UNITED STATES

v.                                               )
                                                 )   Notice of Appeal
                                                 )
JOHN STUART DOWELL                               )

Notice is hereby given that  John Stuart Dowell  (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the  Fourth  Circuit (from the final judgment) (from the order (describing it)) entered in this action on the  25th  day of  July , 20  13  .

(s) R. Darren Bostic, Esq.

Attorney for  Defendant

Address:  409 Virginia Avenue

Harrisonburg, VA 22802

* See Rule 3(c) for permissible ways of identifying appellants.

SCC
08/11/2011